# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARBOR COMPANY, A NEVADA LIMITED PARTNERSHIP; DARRELL JAMES GUZY, SR.; AND MARCIA O. GUZY,

Appellants,

vs.

JOHN L. SABRE,

Respondent.

No. 70297

**FILED**

OCT 25 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Nathan Tod Young, District Judge
Margaret M. Crowly, Settlement Judge
Bowen Hall
Guardian Law Group
Faegre Baker Daniels, LLP
Woodburn & Wedge
Douglas County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-33312